UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA ALEJANDRA ALVARADO,

        Petitioner,

  v.

ICE FIELD OFFICE DIRECTOR,

        Respondent.

CASE NO. C13-0548-TSZ

ORDER OF DISMISSAL

The Court, having reviewed petitioner's petition for writ of habeas corpus, Dkt. No. 5, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

    1.    The Court adopts the Report and Recommendation.

    2.    Petitioner's petition for writ of habeas corpus, Dkt. No. 5, is DENIED and DISMISSED with prejudice.   All pending motions are STRICKEN as moot.

//

//

//

ORDER OF DISMISSAL
PAGE -1

3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 30th day of July, 2013.

*Thomas S. Zilly*

THOMAS S. ZILLY
United States District Judge

ORDER OF DISMISSAL
PAGE -2